No. 893. NAVARRO v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Doyle Vernon Lawyer* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 917. ZEGERS, DOING BUSINESS AS PRECISION WEATHERSTRIP Co., v. ZEGERS, INC. C. A. 7th Cir. Certiorari denied. *Junius F. Cook, Jr.* and *Daniel V. O'Keeffe* for petitioner. *Thomas F. McWilliams* for respondent.

No. 833. REICHERT v. BOROUGH OF SCHUYLKILL HAVEN. Motion to strike respondent's brief and petition for writ of certiorari to the Court of Common Pleas of Schuylkill County, Pennsylvania, denied. *George G. Lindsay* for petitioner. *Calvin J. Friedberg* for respondent.

No. 585, Misc. HANOVICH v. SACKS, WARDEN, ET AL. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. Mark McElroy,* Attorney General of Ohio, and *John J. Connors, Jr.,* Assistant Attorney General, for respondents.

No. 613, Misc. JUDD v. Cox, COMMANDANT, UNITED STATES DISCIPLINARY BARRACKS, FORT LEAVENWORTH, KANSAS. C. A. 10th Cir. Certiorari denied. *Guy Emery* and *C. Robert Bard* for petitioner. *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 691, Misc. EASON v. McGEE, CORRECTIONS DIRECTOR, ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *Robert R. Granucci* and *John S. McInerny,* Deputy Attorneys General, for respondents.